IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HANCOCK WHITNEY BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 21-0015-WS-B |
| ) | |
| **KENNETH L. NORRIS d/b/a** ) | |
| **NORRIS IMAGING,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on defendant Kenneth L. Norris's *pro se* filing, which is liberally construed as an Answer (doc. 8) to the Complaint. In this filing, Norris states his intention to represent himself in this matter, which he is entitled to do. Notwithstanding his *pro se* status, however, Norris is expected to abide by all applicable rules and procedures, just as any other civil litigant must. His filing falls short of those requirements in multiple respects.

For starters, Norris's filing does not satisfy the "form of pleadings" provisions of Rule 10 of the Federal Rules of Civil Procedure. It does not contain the caption of the case, as required by Rule 10(a). It does not state Norris's defenses in numbered paragraphs, as required by Rule 10(b). More importantly, Norris's Answer lacks the paragraph-by-paragraph admissions and denials mandated by Rule 8(b) of the Federal Rules of Civil Procedure, and fails to set forth any affirmative defenses pursuant to Rule 8(c). Finally, Norris has failed to include his address, email address and telephone number on his pleading, as directed by Rule 11(a) of the Federal Rules of Civil Procedure.

Neither the Court nor Clerk's Office staff can provide legal advice to a *pro se* litigant such as Norris. He is responsible for learning, knowing and following the procedural rules governing this case. To that end, Norris is **ordered**, on or before **April 6, 2021**, to file an Amended Answer that corrects the above-described defects, that is presented in the proper form bearing the proper case caption, that fairly admits or denies in sequentially numbered paragraphs each of the factual allegations set forth in the corresponding numbered paragraphs of the

-2-

Complaint, that identifies any affirmative defenses Norris might wish to raise, and that includes a signature block setting forth Norris's postal address, email address and telephone number. Because a pleading may directly and irrevocably affect his legal rights and remedies in these proceedings, Norris is strongly encouraged to consult with an attorney in preparing this filing. Insofar as Norris's Answer suggests he is interested in compromising and settling this dispute with Hancock Whitney Bank outside of court, he is instructed to contact plaintiff's counsel of record to explore that issue and to report back to this Court on the success or failure of such discussions as appropriate. The April 6 deadline for him to file his Amended Answer remains in place, in any event. Should Norris fail to file such an amended pleading in a timely manner, he may be deemed in default upon motion by plaintiff.

    DONE and ORDERED this 23rd day of March, 2021.

                                            s/ WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE